IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

JUL 2 2 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:08CR283-TSE |
| v. | ) Count 1:18 U.S.C. §2252A(a)(5)(B) |
| IRA LESLIE WALTRIP, | ) Possession of Child Pornography |
| Defendant. | ) |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 17, 2008, at Camp Liberty, Iraq, the defendant, IRA LESLIE WALTRIP, who was first brought to the United States on May 1, 2008 at Dulles International Airport, in the Eastern District of Virginia, did unlawfully, knowingly and intentionally possess any computer disk, and any other material that contain an image of child pornography, that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and engaging in such conduct outside the United States, while employed as a civilian contractor accompanying the Armed Forces outside the United States, at Camp Liberty, Iraq, that would constitute an offense punishable by imprisonment for more than one year if the conduct

had been engaged in within the special maritime and territorial jurisdiction of the United States.

(In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 3261(a)(1).)

> CHUCK ROSENBERG
> UNITED STATES ATTORNEY
>
> By: _____
> Gerald J. Smagala
> Assistant United States Attorney
> Virginia Bar #19923